# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lewis, Peter C. | Southern District of California | 04/27/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
2003 W. Adams, Suite 230
El Centro, CA 92243

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/27/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Federal Credit Union Accounts (Y) | | | | | | | | | |
| 2. Brokerage Account #1 (H) | | | | | | | | | |
| 3. LPL Financial (cash holding acct) | A | Int./Div. | L | T | | | | | |
| 4. ARCC (X) | A | Dividend | J | T | Sold (part) | 01/05/17 | J | A | |
| 5. | | | | | Buy (add'l) | 02/14/17 | J | | |
| 6. CVX | B | Dividend | L | T | | | | | |
| 7. MRK | A | Dividend | J | T | | | | | |
| 8. AGN'A | A | Dividend | J | T | | | | | |
| 9. ARNC'B | A | Dividend | | | Sold | 06/15/17 | J | | |
| 10. ACAS (Y) | | | | | | | | | |
| 11. AU | A | Dividend | J | T | | | | | |
| 12. MT | A | Dividend | J | T | | | | | |
| 13. CWCO | A | Dividend | J | T | | | | | |
| 14. CVS | A | Dividend | J | T | Buy | 02/14/17 | J | | |
| 15. FCX | | None | J | T | Buy | 02/14/17 | J | | |
| 16. GER | A | Dividend | J | T | Buy | 09/20/17 | J | | |
| 17. GFI | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 13

**Name of Person Reporting**

Lewis, Peter C.

**Date of Report**

04/27/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. HPT | A | Dividend | | | Sold | 02/14/17 | J | A | |
| 19. HGT | A | Dividend | J | T | | | | | |
| 20. DS | A | Dividend | J | T | | | | | |
| 21. NRZ | A | Dividend | | | Sold | 06/15/17 | J | A | |
| 22. APTS | A | Dividend | | | Sold | 06/16/17 | J | B | |
| 23. QCOM | A | Dividend | J | T | | | | | |
| 24. SBGL | A | Dividend | J | T | Buy (add'l) | 06/05/17 | J | | |
| 25. STAG | A | Dividend | J | T | | | | | |
| 26. UMH | A | Dividend | J | T | | | | | |
| 27. HCN | A | Dividend | J | T | | | | | |
| 28. WSR | A | Dividend | | | Sold | 04/28/17 | J | A | |
| 29. AUY | A | Dividend | J | T | | | | | |
| 30. FAX | A | Dividend | J | T | | | | | |
| 31. FCO | A | Dividend | J | T | | | | | |
| 32. AHT | A | Dividend | J | T | | | | | |
| 33. CPG | A | Dividend | J | T | Buy (add'l) | 02/14/17 | J | | |
| 34. | | | | | Buy (add'l) | 09/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HL | A | Dividend | J | T | | | | | |
| 36. STNG | A | Dividend | J | T | | | | | |
| 37. PDS | | None | J | T | | | | | |
| 38. KMI'A | A | Dividend | J | T | | | | | |
| 39. MFCB | | None | J | T | | | | | |
| 40. SNR | A | Dividend | J | T | | | | | |
| 41. PAAS | A | Dividend | J | T | | | | | |
| 42. TEVA | A | Dividend | J | T | | | | | |
| 43. AES Trust III (AES'C) | A | Int./Div. | | | Sold | 02/14/17 | J | | |
| 44. IRA #1 (H) | | | | | | | | | |
| 45. LPL Financial (cash holding acct) | A | Int./Div. | J | T | | | | | |
| 46. ACAS (Y) | | | | | | | | | |
| 47. ARCC (X) | A | Dividend | J | T | Sold (part) | 01/05/17 | J | A | |
| 48. HGT | A | Dividend | J | T | | | | | |
| 49. IPG | A | Dividend | J | T | | | | | |
| 50. WSR | A | Dividend | | | Sold | 04/28/17 | J | | |
| 51. IRET | A | Dividend | | | Sold | 04/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #2 (H) | | | | | | | | | |
| 53. LPL Financial (cash holding acct) | A | Int./Div. | J | T | | | | | |
| 54. ARCC | A | Dividend | J | T | | | | | |
| 55. HCN | A | Dividend | J | T | | | | | |
| 56. XL | A | Dividend | J | T | | | | | |
| 57. MFG | A | Dividend | J | T | | | | | |
| 58. UMH | A | Dividend | J | T | | | | | |
| 59. DS | A | Dividend | J | T | | | | | |
| 60. APTS | A | Dividend | | | Sold | 06/16/17 | J | B | |
| 61. Trust #1, Account 1 (H) | | | | | | | | | |
| 62. Morgan Stanley Sweep Account (cash) | A | Interest | L | T | | | | | |
| 63. Apple Inc (AAPL) | A | Dividend | L | T | Buy (add'l) | 10/02/17 | K | | |
| 64. AT&T Inc (T) | C | Dividend | L | T | | | | | |
| 65. Chevron (CVX) | D | Dividend | M | T | | | | | |
| 66. Dominion Res Inc (D) | C | Dividend | L | T | | | | | |
| 67. Energy Transfer Eqty LP (ETE) | D | Dividend | M | T | | | | | |
| 68. Enterprise Products Partners LP (EPD) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Glaxosmithkline PLC ADS (GSK) | B | Dividend | K | T | | | | | |
| 70. Honeywell International Inc (HON) | A | Dividend | L | T | Buy | 05/12/17 | K | | |
| 71. | | | | | Buy (add'l) | 10/02/17 | K | | |
| 72. Kinder Morgan Energy Partners (KMI) | C | Dividend | L | T | | | | | |
| 73. Merck & Co Inc New Com (MRK) | B | Dividend | K | T | | | | | |
| 74. Monsanto Co/New | A | Dividend | | | Sold | 09/29/17 | K | | |
| 75. Nextera Energy (NEE) | C | Dividend | M | T | | | | | |
| 76. Pepsico Inc NC (PEP) | B | Dividend | L | T | | | | | |
| 77. Phillip Morris Intl (PM) | C | Dividend | L | T | | | | | |
| 78. Plains All American (PAA) | C | Dividend | K | T | | | | | |
| 79. PPL Corp (PPL) | B | Dividend | K | T | | | | | |
| 80. Southern Co | C | Dividend | | | Sold (part) | 05/12/17 | K | B | |
| 81. | | | | | Sold | 09/29/17 | K | C | |
| 82. Union Pacific Corp (UNP) | D | Dividend | K | T | | | | | |
| 83. Verizon Communications (VZ) | D | Dividend | M | T | | | | | |
| 84. Vodafone Group PLC (VOD) | B | Dividend | K | T | | | | | |
| 85. Welltower Inc (HCN) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Western Gas Partners (WES) | D | Dividend | M | T | | | | | |
| 87. Maricopa Cnty Ariz Sch Dist NO 065 Littleton Sch Impt SER-A (567320GH3 | B | Interest | L | T | | | | | |
| 88. Maricopa Cnty Ariz Sch Dist NO 4 Mesa UN (566897VH4) | B | Interest | M | T | | | | | |
| 89. Yuma Cnty Ariz Free Libr Dist Ref (988589CK1) | B | Interest | L | T | | | | | |
| 90. MS Floating Rate Note Based on US CPI | B | Interest | M | T | | | | | |
| 91. Ally BK Midvale UT CD (02006L5U3) | | None | K | T | Buy | 10/02/17 | K | | |
| 92. BAC Fixed to Floating Rate Note Based on CPI 3.46 (06048WCC2) | B | Interest | L | T | | | | | |
| 93. BAC Fixed to Floating Rate Note Based on CPI 3.74 (06048WFM7) | B | Interest | L | T | | | | | |
| 94. Invesco Muni Income A (KMMX) | D | Interest | N | T | | | | | |
| 95. American Exp (cash) | B | Interest | L | T | | | | | |
| 96. First National BK (cash) | B | Interest | L | T | | | | | |
| 97. Goldman Sachs New York NY (cash) | B | Interest | | | Redeemed | 07/31/17 | L | | |
| 98. Goldman Sachs (cash) | B | Interest | L | T | | | | | |
| 99. Sychrony 2400 (cash) | | None | L | T | Buy | 07/31/17 | K | | |
| 100. Trust #1, Account 2 (H) | | | | | | | | | |
| 101. Morgan Stanley Sweep Account (cash account) | A | Interest | K | T | | | | | |
| 102. Abbott Labs (ABT) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Abbvie Inc. (ABBV) | C | Dividend | M | T | | | | | |
| 104. Alphabet Inc CL A (GOOGL) | | None | K | T | Buy | 10/11/17 | K | | |
| 105. Amazon Com Inc (AMZN) | | None | K | T | Buy | 10/11/17 | K | | |
| 106. Bristol Myers Squibb Co (BMY) | B | Dividend | L | T | | | | | |
| 107. Chevron (CVX) | D | Dividend | M | T | | | | | |
| 108. Conoco Phillips | A | Dividend | | | Sold | 10/11/17 | K | | |
| 109. Exxon Mobil (XOM) | E | Dividend | N | T | | | | | |
| 110. General Electric (GE) | E | Dividend | N | T | | | | | |
| 111. General Mills (GIS) | B | Dividend | L | T | | | | | |
| 112. Intel Corp (INTC) | C | Dividend | L | T | Sold (part) | 10/11/17 | K | D | |
| 113. Johnson & Johnson (JNJ) | C | Dividend | M | T | | | | | |
| 114. Merck & Co Inc New Com (MRK) | C | Dividend | L | T | | | | | |
| 115. Phillips 66 (PSX) | B | Dividend | L | T | | | | | |
| 116. Procter & Gamble Co (PG) | B | Dividend | L | T | | | | | |
| 117. United Technologies Corp (UTX) | B | Dividend | L | T | | | | | |
| 118. Wells Fargo & Co (WFC) | E | Dividend | O | T | | | | | |
| 119. Trust #1, Misc. Holdings (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Lot: Kern County, CA | | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 04/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 120: Ownership share is approximately 1/32.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter C. Lewis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544